*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, GANNON, and FLINTOFT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Richard R. EDGAR**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202500077**

————————————

Decided: 28 August 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Thomas R. Fricton

Sentence adjudged 25 November 2024 by a special court-martial tried at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-5 and confinement for 89 days.[1]

For Appellant:
*Captain Dennis T. Scanlon, USMC*

---

[1] Appellant was credited with having served 102 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment is deficient in that it fails to identify the correct Uniform Code of Military Justice Article under Charge I. Appellant has the right for the Entry of Judgment to accurately reflect each charge and specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1). Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202500077 |
| v. | **ENTRY OF JUDGMENT** |
| **Richard R. EDGAR**<br>**Staff Sergeant (E-6)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br><br>**28 August 2025** |

On 25 November 2024, the Accused was tried at Marine Corps Base Quantico, Virginia, by special court-martial consisting of a military judge sitting alone. Military Judge Thomas R. Fricton presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Specification 1:** **Domestic violence – communicating a threat with intent to threaten and intimidate H.H., an intimate partner, commit an offense to wit: Article 115 - wrongfully communicate a threat to Mrs. H.H., to wit: "I'll fucking kill you if you do this," or words to that effect, on or about 30 July 2024.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Specification 2:** **Domestic violence - communicating a threat with intent to threaten or intimidate H.H., an intimate partner, commit an offense to wit: Article 115 - wrongfully communicate a threat to Mrs. H.H., to wit: "I will kill you, I will kill you" or words to that effect, on or about 30 July 2024.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Domestic violence - communicating a threat with intent to threaten and intimidate H.H., an intimate partner, commit an offense to wit: Article 115 - wrongfully communicate a threat to Mrs. H.H., to wit: "I'll fucking kill you," or words to that effect, on or about 30 July 2024.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 4:** **Domestic violence - communicating a threat with intent to threaten and intimidate H.H., an intimate partner, commit an offense to wit: Article 115 - wrongfully communicate a threat to Mrs. H.H., to wit: "I will kill you," or words to that effect, on or about 30 July 2024.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 5:** **Domestic violence – wrongfully violate a protective order with intent to threaten and intimidate H.H., an intimate partner, on or about 2 August 2024.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 6:** **Domestic violence – wrongfully violate a protective order with intent to threaten and intimidate H.H., an intimate partner, on or about 3 August 2024.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed.

**Specification 1:** **Wrongful use of Delta-9 Tetrahydrocannabinol (THC9), a Schedule I controlled substance, on or about 19 January 2023.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed.

**Specification 2:** **Wrongful use of Delta-9 Tetrahydrocannabinol (THC9), a Schedule I controlled substance, on or about 6 September 2023.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed.

## SENTENCE

On 25 November 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-5.**

**Confinement**

> **For Specification 1 of Charge I**
>
>> **Confinement for 89 days.**
>
> **For Specification 2 of Charge I**
>
>> **Confinement for 89 days.**
>
> **For Specification 3 of Charge I**
>
>> **Confinement for 89 days.**
>
> **For Specification 4 of Charge I**
>
>> **Confinement for 89 days.**
>
> **The terms of confinement will run concurrently. The accused is credited with 102 days of confinement credit.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court